UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :   **INDICTMENT**

    - v. -                                  :   **14 Cr. CRIM 608**

NUNZIO GENTILLE,                         :
MICHAEL MALDANADO,
JOSETTE LEBRON,                          :
BOLIVAR VASQUEZ, and
DAWID IWASZEK,                           :

           Defendants.

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: SEP 0 9 2014

COUNT ONE

The Grand Jury charges:

1. From in or about January 2014 up to and including in or about July 2014, in the Southern District of New York and elsewhere, NUNZIO GENTILLE, MICHAEL MALDANADO, JOSETTE LEBRON, BOLIVAR VASQUEZ, and DAWID IWASZEK, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that NUNZIO GENTILLE, MICHAEL MALDANADO, JOSETTE LEBRON, BOLIVAR VASQUEZ, and DAWID IWASZEK, the defendants, and others known and unknown, would and did distribute and possess with intent to

JUDGE NATHAN

distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances that NUNZIO GENTILLE, MICHAEL MALDANADO, JOSETTE LEBRON, BOLIVAR VASQUEZ, and DAWID IWASZEK, the defendants, conspired to distribute and possess with intent to distribute were: (1) mixtures and substances containing a detectable amount of methylone, commonly referred to as "molly," in violation of Title 21, United States Code, Section 841(b)(1)(C); (2) mixtures and substances containing a detectable amount of cocaine in violation of Title 21, United States Code, Section 841(b)(1)(C); and (3) mixtures and substances containing a detectable amount of marihuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

4. As a result of committing the controlled substance offenses alleged in Count One of this Indictment, NUNZIO GENTILLE, MICHAEL MALDANADO, JOSETTE LEBRON, BOLIVAR VASQUEZ, and DAWID IWASZEK, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the

commission of the offense alleged in Count One of this Indictment.

### SUBSTITUTE ASSETS PROVISION

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

(Title 18, United States Code, Section 853)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

NUNZIO GENTILLE,
MICHAEL MALDANADO,
JOSETTE LEBRON,
BOLIVAR VASQUEZ, and
DAWID IWASZEK

Defendants.

INDICTMENT

14 Cr.

(21 U.S.C. §§ 846 and 853.)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
Foreperson.

9/9/14 /s/ Ind. Part 11-1-87 this case is
Assigned to Judge Nathan for all purposes.
Mag. Judge Pohorelsky