**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 11, 2017

> It is hereby ORDERED that the parties appear for a status conference on May 24, 2017 at 2:00 pm. By May 17, 2017, the parties shall submit a joint letter indicating what they anticipate for the conference.
> SO ORDERED.
>
> SO ORDERED: 4/13/17
> HON. ALISON J. NATHAN
> UNITED STATES DISTRICT JUDGE

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. David Iwaszek*, 14 Cr. 608 (AJN)

Dear Judge Nathan:

    The Government writes jointly on behalf of both parties to update the Court about the above-captioned case. In addition to the thorough update provided by the Probation Office on March 30, 2017, defense counsel has advised that the defendant has resolved his pending state charges. Specifically, Iwaszek pled guilty in Kings County Criminal Court to public lewdness, a B misdemeanor, in satisfaction of all pending state charges, and was sentenced to a conditional discharge. One such condition was that he finish the program he is currently enrolled in under Probation's supervision. The defendant's next state court appearance is scheduled for May 19, 2017. Accordingly, the parties jointly request that the Court schedule a conference for shortly after May 19, at which time we anticipate that the pending violation of supervised release specifications can be resolved.

                       Respectfully submitted,

                       JOON H. KIM
                       Acting United States Attorney

         by:          /s/
              Edward B. Diskant / Andrew D. Beaty
              Assistant United States Attorneys
              (212) 637-2294 / 2198

cc: John Burke, Esq.